1056

[No. 16460-8-III. Division Three. October 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MACARIO
BARAJAS MUNGUIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 96-1-01705-7, Robert N. Hackett, Jr., J.,
entered February 18, 1997. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, C.J., and
Sweeney, J.

[No. 22888-2-II. Division Two. October 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON EVANS,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-03276-0, Grant L. Anderson, J., entered
January 28, 1998. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt,
J.

[No. 23047-0-II. Division Two. October 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE
GILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 97-1-00955-1, William J. Kamps, J., entered
February 6, 1998. *Affirmed in part* and *remanded* by un-
published opinion per Armstrong, J., concurred in by
Bridgewater, C.J., and Morgan, J.

[No. 23166-2-II. Division Two. October 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DUANE
JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-01076-1, Randolph Furman, J., entered
March 24, 1998. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Morgan and Houghton,
JJ. Now published at 97 Wn. App. 679.